Peter Cianchetta - SBN: 220971
Law Office of Peter Cianchetta
8788 Elk Grove Blvd. Ste. 2A
Elk Grove, CA 95624
Ph: 916-685-7878
E-mail: plc@eglaw.net

Attorneys for Elizabeth Luchini

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO DIVISION

| | |
|---|---|
| In re:<br><br>Elizabeth Luchini,<br><br>      Debtor,<br><br>Elizabeth Luchini,<br><br>      Plaintiff<br><br>v.<br><br>JPMorgan Chase Bank, N.A.,<br><br>      Defendant. | Case No.: 2010-30359<br><br>Chapter 13<br><br>Adversary No.: 2013-02321<br><br>DCN: PLC-03 |

## JUDGMENT FOR QUIET TITLE
## AND AWARD OF FEES AND COSTS

The Court granted the Motion for Entry of Default Judgment filed by Elizabeth Luchini ("Plaintiff") on June 4, 2014, Docket 31. Pursuant to that Order and files in this Adversary Proceeding and good cause appearing;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Judgment is granted Plaintiff and against JPMorgan Chase Bank, N.A. ("Defendant") determining that the second deed of trust recorded with Yolo County Recorder on August 27, 2007 as document number 2007-0030278-00, and any interest, lien or encumbrance pursuant thereto, held by

---

JUDGMENT FOR QUIET TITLE AND AWARD OF FEES AND COSTS

RECEIVED
July 02, 2014
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005257028

JPMorgan Chase Bank, N.A. against the real property commonly known as 1916 Devon Avenue, West Sacramento, California, and more particularly described as:

> The real property in the City of West Sacramento, County of Yolo, State of California, described as:

> Lot 104, Arlington Oaks Unit 2, in the City of West Sacramento, County of Yolo, State of California, as on the Map filed April 30, 1953 in Book 4, Page(s) 57 and 58 of Maps, in the Office of the County Recorder of said County.

> APN: 045-051-08-01

is void, unenforceable, and of no force and effect.

**IT IS FURTHER ORDERED ADJUDGED, AND DECREED** that judgment is granted Plaintiff and against Defendant for $500.00 of statutory damages pursuant to California Civil Code §2941(d), which shall be paid by Defendant.

**IT IS FURTHER ORDERED ADJUDGED, AND DECREED** that judgment is granted Plaintiff and against Defendant for $4,887.75 in attorney's fees ($4,774.75) and costs ($113.00) which shall be paid by Defendant.

All other claims asserted in the Complaint were dismissed without prejudice by the Court. Order, Docket 31.

Dated: July 06, 2014

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court